CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 8 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

STEPHEN THOMAS WEEKS,　　　　)
　　　Plaintiff,　　　　　　　　　)　　　Civil Action No. 7:06cv00665
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　　**FINAL ORDER**
　　　　　　　　　　　　　　　　　)
BLUE RIDGE REGIONAL JAIL　　　　)　　　By: Samuel G. Wilson
AUTHORITY, et al.,　　　　　　　　)　　　United States District Judge
　　　Defendants.　　　　　　　　　)

　　　In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions are hereby **DENIED as MOOT**, and this matter is **STRICKEN** from the active docket of the court.

　　　The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

　　　**ENTER:** This ___ day of November, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge